UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | NO. 3:23-CR-184 (RNC) |
| | | NO. 3:19-CR-002 (RNC) |
| vs. | : | |
| GLENN JAMISON | : | October 10, 2024 |

## **MOTION FOR PERMISSION TO FILE UNDER SEAL AND REDACT**

      The defendant, Glenn Jamison, respectfully requests permission for leave to file under seal, his Memorandum in Aid of Sentencing and Exhibits A-C, G-J, L-R, T-V, and X-Y.  In support of this Motion, defendant states that the filing of the memorandum and exhibits under seal is in the interest of justice, as they contain medical and sensitive information.

      Mr. Jamison also respectfully requests permission to redact portions of the Memorandum in Aid of Sentencing, as it contains medical and sensitive information.

Respectfully Submitted,

THE DEFENDANT,
Glenn Jamison

Date: October 10, 2024                    FEDERAL DEFENDER OFFICE

*/s/  Kelly M. Barrett          *
Kelly M. Barrett
First Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: ct27410
Email: kelly_barrett@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Kelly M. Barrett*
Kelly M. Barrett